1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT SCOTT INGRAM,

                    Petitioner,

     v.

DONALD HOLBROOK,

                    Respondent.

CASE NO. C19-1981-TSZ-MAT

ORDER TO SHOW CAUSE

      Petitioner proceeds pro se and *in forma pauperis* in this 28 U.S.C. § 2254 habeas corpus matter. On April 27, 2020, the Court issued an Order granting respondent's motion for a more definite statement. (Dkt. 15.) The Court agreed with respondent that the amended petition did not sufficiently identify specific grounds for relief, allowing for fair notice to respondent of the claims to address in an answer. The Court directed petitioner to submit a second amended petition, containing a concise statement of all grounds for relief, and to file and serve the second amended petition on or before May 26, 2020.

      To date, the Court has not received the second amended petition or any other response to the Court's Order. Accordingly, petitioner is hereby ORDERED to show cause why this matter

ORDER TO SHOW CAUSE
PAGE - 1

1   should not be dismissed without prejudice for failure to prosecute.[1]  A response to this Order must

2   be received by the Court on or before **July 17, 2020** and must be accompanied by a second

3   amended petition.  That petition must, as stated above, sufficiently identify specific grounds for

4   relief.

5           Should petitioner fail to show cause and submit the second amended petition, or should he

6   fail to respond to this Order, the Court will enter a Report and Recommendation that the petition

7   be dismissed without prejudice.  The Clerk is directed to send a copy of this Order and the Court's

8   standard § 2254 forms to petitioner, and is further directed to send copies of this order to counsel

9   for respondent and to the Honorable Thomas S. Zilly.

10          DATED this 15th day of June, 2020.

11

12          _____
            Mary Alice Theiler
13          United States Magistrate Judge

---

[1] Petitioner is reminded that, pursuant to 28 U.S.C. § 2244(d)(1), a one-year statute of limitations applies to § 2254 habeas actions.

ORDER TO SHOW CAUSE
PAGE - 2