UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT SCOTT INGRAM, | |
| Petitioner, | CASE NO. C19-1981-TSZ-MAT |
| v. | |
| DONALD HOLBROOK, | REPORT AND RECOMMENDATION |
| Respondent. | |

INTRODUCTION AND SUMMARY CONCLUSION

Petitioner proceeds pro se and *in forma pauperis* in this 28 U.S.C. § 2254 habeas corpus matter. On April 27, 2020, the Court issued an Order granting respondent's motion for a more definite statement. (Dkt. 15.) The Court agreed with respondent that the amended petition did not sufficiently identify specific grounds for relief, allowing for fair notice to respondent of the claims to address in an answer. The Court directed petitioner to submit a second amended petition, containing a concise statement of all grounds for relief, and to file and serve the second amended petition on or before May 26, 2020.

Petitioner did not respond to the Court's Order. The Court therefore, on June 15, 2020,

REPORT AND RECOMMENDATION
PAGE - 1

issued an Order to Show Cause why this matter should not be dismissed without prejudice for failure to prosecute. (Dkt. 16.) The Court noted a response must be received by the Court on or before July 17, 2020, must be accompanied by a second amended petition, and that the petition must identify specific grounds for relief. The Court further stated that, should petitioner fail to show cause and submit the second amended petition or should he fail to respond to the Order, the Court would enter a Report and Recommendation that the petition be dismissed without prejudice.

To date, the Court has not received a response to the Order to Show Cause. The Court thus recommends petitioner's federal habeas petition be DENIED and this case DISMISSED without prejudice. A proposed Order accompanies this Report and Recommendation.

## CERTIFICATE OF APPEALABILITY

A petitioner seeking post-conviction relief under § 2254 may appeal a district court's dismissal of his federal habeas petition only after obtaining a certificate of appealability (COA) from a district or circuit judge. A COA may issue only where a petitioner has made "a substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2). A petitioner satisfies this standard "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). Under this standard, the Court concludes petitioner is not entitled to a COA.

## OBJECTIONS

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions

calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 28, 2020**.

DATED this 4th day of August, 2020.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 3