UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT SCOTT INGRAM,

                Petitioner,

  v.

DONALD HOLBROOK, Superintendent
of the Washington State Penitentiary,

                Respondent.

C19-1981 TSZ

ORDER

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, to which no objection was filed, the Court hereby ORDERS:

(1)    The Report and Recommendation, docket no. 17, is ADOPTED;

(2)    The amended habeas petition, docket no. 8, and this action are DISMISSED without prejudice for failure to prosecute;

(3)    A certificate of appealability is DENIED; and

(4)    The Clerk is DIRECTED to close this case and to send a copy of this Order to all counsel of record, to petitioner pro se, and to Magistrate Judge Theiler.

IT IS SO ORDERED.

Dated this 17th day of September, 2020.

Thomas S. Zilly
United States District Judge

ORDER - 1